# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tamara M Cuchna

                Plaintiff,

v.
                                    Case No.: 1:20–cv–06798
                                    Honorable John F. Kness

Thomas Boyle, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 14, 2022:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 2/14/2022. For the reasons stated on the record, Defendants' motion to dismiss [37] is denied and the parties' joint motion to extend fact discovery [43] is provisionally granted. The parties are directed to meet and confer concerning an agreed schedule governing the remainder of case. On or before 2/22/2022, the parties must submit a Word version of their proposed scheduling order under Rule 16(b) to the Court's proposed order mailbox, Proposed_Order_Kness@ilnd.uscourts.gov. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.