## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Tamara M Cuchna
                                  Plaintiff,

v.                                                      Case No.: 1:20−cv−06798
                                                       Honorable John F. Kness

Town of Cicero, The, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

      MINUTE entry before the Honorable John F. Kness: On 1/30/2023, the parties filed a jointly−executed "Stipulation to Dismiss" [60]. Accordingly, the case is dismissed by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Consistent with the terms of the parties' stipulation, this dismissal is without prejudice until 2/20/2023, at which time the dismissal will automatically convert to being with prejudice without further court order. Each party is to bear its own fees and costs. The hearing set for 3/1/2023 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.